Brooks L. Iler, S.B.# 99020
brooks@ilerlaw.com
Virgil A. Iler, S.B. # 158460
virgil@ilerlaw.com
ILER & ILER, LLP
16466 Bernardo Center Drive, Suite 281
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, CYNTHIA CUMMINS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA CUMMINS,** <br><br> Plaintiff, <br><br> vs. <br><br> **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** <br><br> Defendant. | CASE NO. '18CV0052 LAB WVG <br><br> **COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA** <br><br> 29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff CYNTHIA CUMMINS alleges as follows:

1.  At all times relevant herein, Plaintiff, CYNTHIA CUMMINS, was an individual residing in San Diego County, California.

2.  On or about April 30, 2012, plaintiff became employed by Plaza Home Mortgage, Inc., as an accounting clerk.

3.  Plaza Home Mortgage, Inc., sponsored a group disability plan (the

Plan), which was administered and underwritten by defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.

4. Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter called "LINCOLN NATIONAL"), formerly known as Jefferson Pilot Financial Insurance Company, is a corporation licensed to sell insurance and doing business as an insurer in the State of California, with a principal place of business in the State of North Carolina.

5. The employer-sponsored group disability plan and the claim at issue in this action are governed by the *Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.*

6. On or about April 17, 2014, plaintiff became disabled within the definition of the disability benefit plan, and soon thereafter, and in a timely fashion, she made a claim for benefits under said plan.

7. Plaintiff was initially paid benefits pursuant to the plan however on or August 4, 2016, plaintiff's claim for ongoing disability benefits and waiver of her life insurance premium was denied. Plaintiff remains disabled as defined by the plan to this date, and continues to be eligible for long term disability and life insurance premium benefits under the plan.

8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated December 4, 2017, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of her life insurance premiums under the Plan;

2. For past-due benefits in the amount of approximately $2,229 per month through the date of filing, and additional benefits accumulating at the same

monthly rate;

    3.    For interest on past due benefits;

    4.    For reasonable attorney's fees;

    5.    For costs of suit herein;

    6.    For such other relief as the court deems proper.

Dated: 1/12/18            ILER & ILER, LLP

                               By: *s/ Brooks L. Iler*
                                      Brooks L. Iler
                                      Attorneys for Plaintiff,
                                      CYNTHIA CUMMINS